AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Massachusetts

Priscilla Duncan, Gary Peterson and Michael Athanas, Trustees of
Marblehead Harbor Condominium Trust

**SUMMONS IN A CIVIL CASE**

V.

Michael D. Brown, Director Federal Emergency Management Agency Under Secretary of Emergency Preparedness and Response of the Department of Homeland Security

CASE NUMBER:

TO: (Name and address of Defendant)

04-10626 REK

Michael Sullivan, The United States Attorney, U.S. Courthouse, Suite 9200, 1 Courthouse Way, Boston, MA 02110.

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jonathon D. Friedmann, Rudolph Friedmann LLP, 92 State Street, Boston, MA 02109.

an answer to the complaint which is served on you with this summons, within _____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

(By) DEPUTY CLERK

DATE  3-31-04

AO 440 (Rev. 1/90) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me[1] | |
| NAME OF SERVER (PRINT) | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served : _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): by CERTIFIED mail (RETURN RECEIPT).

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES $15.00 | TOTAL $15.00 |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 8-16-04
         Date              Signature of Server

92 State Street, Boston, MA 02107
Address of Server

1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.