UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.: 04-10626 REK

_____
PRISCILLA DUNCAN, GARY PETERSON AND    )
MICHAEL ATHANAS, TRUSTEES OF MARBLEHEAD )
HARBOR CONDOMINIUM TRUST,              )
              PLAINTIFFS,               )
                                       )
v.                                     )
                                       )
MICHAEL D. BROWN DIRECTOR FEDERAL      )
EMERGENCY MANAGEMENT AGENCY            )
UNDER SECRETARY OF EMERGENCY           )
PREPAREDNESS AND RESPONSE OF THE       )
DEPARTMENT OF HOMELAND SECURITY,       )
              DEFENDANT.                )
_____)

## STIPULATION OF DISMISSAL

Now comes the plaintiff in the above-captioned matter and hereby stipulates and agrees to dismissal of the above-captioned matter without out prejudice and without cost.

Respectfully submitted,

| Plaintiffs, | Defendants, |
|---|---|
| By their Attorney, | By their Attorney, |
| /s/ Jonathon D. Friedmann | /s/Michael P. Sady |
| Jonathon D. Friedmann, Esq.<br>BBO #180130<br>RUDOLPH FRIEDMANN, LLP<br>92 State Street<br>Boston, MA 02109<br>(617) 723-7700 | Michael P. Sady<br>Assistant U.S. Attorney<br>1 Courthouse Way<br>Suite 9200<br>Boston, MA 02210<br>(617) 748-3100 |

Dated: March 29, 2005

## CERTIFICATE OF SERVICE

      I, Jonathon D. Friedmann, hereby certify that I have this day served a true copy of this document upon the opposing parties as listed below, by mailing a copy thereof this 29th day of March, 2005.

/s/ Jonathon D. Friedmann
_____
Jonathon D. Friedmann

Michael P. Sady
Assistant U.S. Attorney
1 Courthouse Way
Suite 9200
Boston, MA 02210